**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

      **Plaintiff,**

-vs-                                                  **Case No. 6:07-cv-1548-Orl-28GJK**

**PAPIN ENTERPRISES, INC., PAPIN, INC., DOCTOR'S ASSOCIATES, INC.,**

      **Defendants.**
_____

# ORDER

This case is before the Court on Motion by Defendants Papin, Inc. and Papin Enterprises, Inc. for an Award of Attorney's Fees (Doc. No. 159) filed August 6, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Papin Enterprises, Inc. and Papin, Inc. (Doc. No. 164) as well as EEOC's response to those objections (Doc. No. 165), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed January 12, 2010 (Doc. No. 163) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The motion for an award of attorney's fees by Defendants Papin, Inc. and Papin Enterprises, Inc. (Doc. No. 159) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 18th day of February, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party